AO 91 (Rev. 08/09)  Criminal Complaint

**FILED**

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

JUL 17 2026

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. EP-26-M-3244-RFC |
| Cesar David DIAZ ) ) ) ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ July 16, 2026 _____ in the county of _____ El Paso _____ in the
_____ Western _____ District of _____ Texas _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18 U.S.C. § 2314 | Interstate Transportation of Stolen Property |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

Oath Telephonically Sworn
At ___|___ : ___||___ PM
Fed.R.Crim.P.4.1(b)(2)(A)

_____
*Complainant's signature*

Alexander Holley, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____ 07/17/2026 _____

_____
*Judge's signature*

City and state: _____ El Paso, Texas _____

Robert F. Castañeda, US Magistrate Judge
*Printed name and title*

On July 16, 2026, at approximately 0030 hours, Homeland Security Investigations (HSI) Violent Crimes and Gangs Task Force (VCGTF) Special Agent (SA) Alexander Holley and El Paso Police Department (EPPD) Auto Theft Task Force (ATTF) Investigator Vincent Villalobos responded to the Bridge of the Americas (BOTA) Port of Entry (POE) at 3600 E. Paisano Drive, El Paso, in the Western District of Texas.

SA Holley was informed by Customs and Border Protection Officers (CBPOs) S. Soto and J. Trigueras that they had encountered two suspected stolen trucks: a stolen gray 2026 Dodge Ram 1500 (VIN 1C6SRMP0TN375149) and a silver 2026 Dodge Ram 2500 (VIN 3C6UR5DJ5TG321840), which were both traveling in the southbound lanes leaving the United States. CBPO Trigueras informed SA Holley that both vehicles were traveling near each other and that neither vehicle had license plates attached.

CBPO Soto advised that at approximately 2320 hours, gray 2026 Dodge Ram 1500 with no license plate was traveling in the southbound lanes. The vehicle was subsequently referred for inspection. CBPO Soto contacted the driver and sole occupant of the vehicle, Cesar DIAZ. DIAZ informed CBPO Soto that he was coming from New Mexico (NM) and that he was in NM to apply for jobs. When asked about his possession of the vehicle, DIAZ stated it was his. DIAZ advised CBPO Soto that he had purchased the vehicle earlier in the day from a car lot in NM. DIAZ was unable to recall from which car lot he purchased the vehicle or how much he paid for it. CBPO Soto requested the paperwork for the vehicle, which DIAZ advised he did not have.

The stolen vehicle operated by DIAZ was a gray 2026 Dodge Ram 1500 with a VIN ending in 5149.

Investigator Villalobos contacted the Sisbarro Dealership in Deming, NM, in reference to the two trucks. Investigator Villalobos contacted an employee who advised that both vehicles should be on the property. Investigator Villalobos also contacted the Deming Police Department, which dispatched an officer to the dealership to investigate if the vehicles were missing. Deming PD Lt. Chavez responded to the dealership and verified that both vehicles were missing from the lot. Lt. Chavez subsequently obtained two vehicle theft affidavits for the two stolen Dodge Rams that displayed NM license plate 26D212701 (VIN 1C6SRMP0TN375149) and NM license plate 26D212704 (VIN 3C6UR5DJ5TG321840). Both vehicle theft affidavits valued the trucks at $60,000.00 each.

SA Holley and Investigator Villalobos conducted an interview with Cesar DIAZ. DIAZ advised his primary spoken language was Spanish. CBPO Soto was present to assist with translating the interview into English. DIAZ was provided a Miranda waiver card, which was written in Spanish. DIAZ read the Miranda waiver card and acknowledged understanding his rights.

The following recorded interview is paraphrased and not verbatim:

DIAZ said he needed money and knew that his friend, LOPEZ (DIAZ referred to LOPEZ as BALTAZAR, as it is his middle name), crosses vehicles into Mexico for money. DIAZ stated he knew LOPEZ from childhood. DIAZ advised that he agreed to help LOPEZ because he needed money.

DIAZ explained that an unknown conspirator picked up both him and LOPEZ at his home address on Magoffin Avenue in El Paso. The unknown conspirator drove DIAZ and LOPEZ to Deming, NM, where they were each given a vehicle key fob. The conspirator then dropped them off at a car lot, where they both received a Dodge Ram truck to drive back to El Paso, Texas. The conspirator informed DIAZ and LOPEZ that the trucks were stolen. DIAZ and LOPEZ then transported the vehicles to El Paso. DIAZ was going to be paid $700.00 (dollars) by an unknown conspirator in Mexico for transporting the truck.

DIAZ said LOPEZ was aware the vehicles were stolen because they were both present when the unknown conspirator told them the vehicles were stolen.

This case was presented to AUSA John Johnston, who accepted federal prosecution for DIAZ for violation of 18 U.S.C. § 2314: Interstate Transportation of Stolen Property.